UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
Mahshid Alinejad,                                :
:
        Plaintiff,           :     ORDER OF DISCONTINUANCE
:
    - against -                           :
:     1:17-cv-00498-ENV
:
Trump et al,                                     :
:
:
        Defendants.          :
:
------------------------------------------------------------X

VITALIANO, D.J.

    The Court having been advised that this action has been voluntarily withdrawn,

    Therefore, this action is discontinued without cost and without prejudice.

    The Clerk is directed to close this case.

    SO ORDERED.

DATED:    Brooklyn, New York
             1/30/2017

                                        /s/ USDJ ERIC N. VITALIANO
                                        ERIC N. VITALIANO
                                        U.S.D.J.



UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHSHID ALINEJAD, | |
| *Petitioner*, | |
| v. | Case No. 17-498 |
| DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP, | Date: January 29, 2017 |
| *Respondents*. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Mahshid Alinejad, by and through her attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

/s/Jesse Levine
Jesse Levine (JL0619)
Ehrinpreis & Levine, PLLC
36 East Broadway, Ste. 2C
New York, NY 10002
(917) 968-5141